Margaret M. Johnston, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JAMES M. SMART, JR., and MARK PFEIFFER, JJ.

## ORDER

PER CURIAM:

Mr. Timothy White appeals his convictions of burglary, pursuant to section 569.160, and stealing, pursuant to section 570.030. He claims the trial court erred by denying his motion to suppress and by admitting the victims' identifications into evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

Brian C. Fries, Kansas City, MO, for respondent.

Before THOMAS H. NEWTON, C.J., P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

### *Order*

PER CURIAM:

FF Park Lane Associates, L.P., appeals the circuit court's denial of attorneys' fees in a breach of contract case with Maxus Realty Trust, Inc., in which Park was the prevailing party.

The judgment is affirmed. Rule 84.16(b).

**Lisa ESSARY, Claimant/Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. ED 92988.**

Missouri Court of Appeals, Eastern District, Division Five.

July 14, 2009.

**MAXUS REALTY TRUST, INC., Respondent,**

v.

**FF PARK LANE ASSOCIATES, L.P., et al., Appellant.**

**No. WD 69759.**

Missouri Court of Appeals, Western District.

July 14, 2009.

Thomas J. Fritzlen, Jr., Kansas City, MO, for appellant.

Lisa Essary, Florissant, MO, pro se.

Michael Cook Pritchett, Jefferson City, for respondent.